**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In RE: ) | |
| ) | |
| SEAN JOSEPH WRIGHT ) | |
| ) | Case No. 25-40045 |
| Debtors. ) | |

**MOTION FOR VOLUNTARY DISMISSAL**

COMES NOW Debtor, Sean Wright, by and through his attorney, Ryan D. Kiliany, of Troppito Miller Griffin, LLC, and hereby requests the dismissal of his Chapter 13 case without prejudice.

DATED: March 31, 2025

> Respectfully submitted,
>
> Troppito Miller Griffin, LLC
>
> By: */s/ Ryan D. Kiliany*
> Ryan D. Kiliany    #59070
> 105 East Fifth Street, Suite 500
> Kansas City, MO 64106
> (T) 816.221.6006
> (F) 816.221.6446
> rdk@troppitomiller.com
> ATTORNEY FOR DEBTOR

**NOTICE OF MOTION**

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.mowb.uscourts.gov  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order granting the motion.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2025, a true and correct copy of the Debtor's Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, including all parties listed on the attached mailing matrix.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

> */s/ Ryan D. Kiliany*
> Ryan D. Kiliany